Respondents.— Order modified so as to provide that the third defense be stricken out, and by eliminating the motion costs, and as so modified unanimously affirmed, without costs. Van Kirk, J., not sitting.

I. AUSTIN SECOR and Another, Appellants, v. FRANK E. MILLARD and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Van Kirk, J., not sitting.

FREDERICK J. SHACKLETON, Respondent, v. FLORA L. ANNABEL and Another, Appellants.— Motion of appellants for order to show cause denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH SLATTERY and Others, Respondents, v. SUPERBA TAXI CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH SMITH, Respondent, v. ST. GEORGE'S CHURCH and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. PAUL SOLOMON, Respondent, v. ORIENTAL DYE WORKS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ESTHER SPUNT, Respondent, v. QUAKER CITY METAL BED CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD ST. ONGE, Respondent, v. VINCENT SCHIAVI and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER (GEORGE K. SHULER) and Another, Respondents (for the Death of MAGNUS ANDERSON), v. BROOKLYN ASH REMOVAL COMPANY and Another, Appellants.— Award reversed and claim dismissed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER, Respondent (for the Death of ALEX ZINKOWITZ), v. MOST & KASHMAN and Another, Appellants.— Award reversed and claim dismissed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER, Respondent (for the Death of GEORGE HOYT), v. RANDOLPH REALTY COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER, Respondent (for the Death of JOHN P. MULLIGAN), v. T. & T. COAL COMPANY, INC., and Another, Appellants.— Award reversed and claim dismissed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. EVERETT STIGGINS, Respondent, v. CANANDAIGUA GARAGE and Another, Appellants.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES STRUBLE, Respondent, v. VACUUM OIL COMPANY, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board, in making the award, considered only acuity of vision, ignoring field vision and other attributes of sight; and for reasons heretofore expressed by this court in 210 Appellate Division, 344. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. PAUL SZMIGELSKI, Appellant, v. SPENCER KELLOGG & SONS, Respondent.— Motion granted, unless within thirty days, appellant perfects his appeal, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. ABE THOMAS, Respondent, v.